| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Jeremy Stevens | Social Security number or ITIN: | xxx–xx–1866 |
| | First Name   Middle Name   Last Name | EIN: _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ | |
| | | EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed for chapter: | 7   3/20/20 |
| Case number: | 20–40821 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeremy Stevens | |
| 2. | **All other names used in the last 8 years** | aka Steven's Fish N Chicken, aka Jeremy Hoot | |
| 3. | **Address** | 4312 Canopy Street<br>Aubrey, TX 76227 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeremy Stevens<br>4312 Canopy Street<br>Aubrey, TX 76227 | Contact phone 816–284–5810<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | Contact phone (214) 880–1805<br>Email _____ |

**For more information, see page 2 >**

Debtor **Jeremy Stevens**                                                                                           Case number **20–40821**

| 6. | **Bankruptcy clerk's office** | Suite 300B | Hours open Mon–Fri 8am–4pm |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 660 North Central Expressway Plano, TX 75074 | Contact phone (972)509–1240 Date: 3/20/20 |
| 7. | **Meeting of creditors** | **April 20, 2020 at 09:45 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Plano Event Center, (Use EAST Parking Lot), 2000 E. Spring Creek Pkwy., Plano, TX 75074** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/19/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

```
                          United States Bankruptcy Court
                             Eastern District of Texas
In re:                                                              Case No. 20-40821-btr
Jeremy Stevens                                                      Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0540-4          User: admin              Page 1 of 1           Date Rcvd: Mar 23, 2020
                              Form ID: 309A            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db             +Jeremy Stevens,    4312 Canopy Street,    Aubrey, TX 76227-1493
7881015        +Baylor Scott & White,    8686 New Trails Dr STE 100,    The Woodlands, TX 77381-1176
7881018        +Coserv,   PO BOX 734803,    Dallas, TX 75373-4803
7881020         Fcsi,   Po Box,    Tupelo, MS 38803
7881022        +Gator Investment,    7850 NW 146th Street 4th Floor,    Miami Lakes, FL 33016-1521
7881026        +MS Services LLC.,    123 W 1st St., STE 430,    Casper, WY 82601-7502
7881025        +Mustang Water,    7985 FM 2931,    Aubrey, TX 76227-3940
7881033         Nations Direct,    1 Corporate DR STE 360,    Lake Zurich, IL 60047
7881027        +PlatePass LLC,    Po Box 25367,    Tempe, AZ 85285-5367
7881029        +Professional Account Management LLC,     PO Box 863867,    Plano, TX 75086-3867
7881030        +The Bank OF Missouri,    PO BOX 85710,    Sioux Falls, SD 57118-5710
7881035        +Transworld System Inc,    1105 Schrock Road STE 300,    Columbus, OH 43229-1174
7881031        +US Postal Federal Credit Union,    7905 Malcolm RD FL 4,    Clinton, MD 20735-1734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FCJMOSER Mar 24 2020 06:13:00      Christopher Moser,   2001 Bryan Street, Suite 1800,
                 Dallas, TX 75201-3070
ust            +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Mar 24 2020 02:22:05       US Trustee,
                 Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,   Tyler, TX 75702-7231
7881014        +E-mail/Text: bankruptcy@rentacenter.com Mar 24 2020 02:22:42       Acceptance Now,
                 5501 Headquarters,    Plano, TX 75024-5837
7881016         E-mail/Text: cacubankruptcy@cacu.com Mar 24 2020 02:22:14       Community America Credit Union,
                 PO Box 15950,    Lenexa, KS 66285
7881017        +EDI: CACINC.COM Mar 24 2020 06:13:00      Consumer Adj Co.,    4121 Union Road STE 201,
                 Saint Louis, MO 63129-1070
7881019        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 24 2020 02:29:05       Credit One Bank,
                 PO BOX 98872,    Las Vega, NV 89193-8872
7881021        +EDI: TCISOLUTIONS.COM Mar 24 2020 06:13:00      First Access,    PO Box 89028,
                 Siox Falls, SD 57109-9028
7881023         E-mail/Text: ml-ebn@missionlane.com Mar 24 2020 02:21:19       Lendup Card,
                 PO BOX 105286 SW 1340,    Atlanta, GA 30304
7881032         E-mail/Text: ml-ebn@missionlane.com Mar 24 2020 02:21:19       Mission Lane Tab Bank,
                 PO Box 105286 SW 1340,    Atlanta, GA 30304
7881024        +E-mail/Text: carla.reed@mazuma.org Mar 24 2020 02:22:34       Mazuma Credit Union,   7260 W 135St,
                 Overland Park, KS 66223-1258
7881028        +E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 24 2020 02:22:27       Plain Green LLC,
                 93 Mack Road Suite 600 PO BOX 270,    Box Elder, MT 59521-0270
7881034        +EDI: PHINELEVATE Mar 24 2020 06:13:00      Rise,    4150 International. STE 300,
                 Fort Worth, TX 76109-4819
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```